# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = sunlust
Search Results: Displaying 3 of 3 entries



*Sunny Leone - Goddess.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001771451 / 2012-02-06
**Application Title:** Sunny Leone - Goddess.
**Title:** Sunny Leone - Goddess.
**Description:** DVD-ROM.
**Copyright Claimant:** Sunlust Pictures, LLC. Address: 7336 Santa Monica Blvd Ste 31, West Hollywood, CA, 90046, United States.
**Date of Creation:** 2012
**Date of Publication:** 2012-01-23
**Nation of First Publication:** United States
**Authorship on Application:** Sunlust Pictures, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Sunlust Pictures, LLC





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page